USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN R. SANTANA,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

20-CV-7961 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 25, 2021, the Court so ordered the parties' stipulation reversing the Commissioner's decision and remanding the case back to the Commissioner of Social Security for further proceedings, Dkt. 27; and

    WHEREAS on November 23, 2021, Plaintiff's counsel filed a motion for attorneys' fees, Dkt. 29.

    IT IS HEREBY ORDERED that any response in opposition to the motion is due no later than **Friday, December 10, 2021** and any reply in support is due no later than **Friday, December 17, 2021**.  Plaintiff must include a proposed order as an exhibit to its reply brief.  If Defendant does not respond to the motion, the Court will consider the motion unopposed and will grant the motion.

**SO ORDERED.**

Date:  November 24, 2021
       New York, NY

                                          **VALERIE CAPRONI**
                                          **United States District Judge**